# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
FROULA, JANET JULIANNA              §     Case No. 13-29509
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-29509 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | FROULA, JANET JULIANNA | | Date Filed (f) or Converted (c): | 07/24/13 (f) |
| | | | 341(a) Meeting Date: | 08/19/13 |
| For Period Ending: | 04/24/14 | | Claims Bar Date: | 03/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 262 Pleasant Plains Drive | 285,000.00 | 24,387.68 | | 15,000.00 | FA |
| 2. checking account - Chase Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. savings acct. - Motorola Credit Union | 35.00 | 0.00 | | 0.00 | FA |
| 4. checking account - BMO Harris | 4.00 | 0.00 | | 0.00 | FA |
| 5. checking acct. - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Edward Jones | 132,618.95 | 0.00 | | 0.00 | FA |
| 9. marital home proceeds | 21,088.97 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $441,846.92 | $24,387.68 | | $15,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14    Current Projected Date of Final Report (TFR): 06/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-29509 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FROULA, JANET JULIANNA | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2048 Checking Account |
| Taxpayer ID No: | *******7006 | | |
| For Period Ending: | 04/24/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,959.72 | | 14,959.72 |
| 03/16/14 | 003001 | JANET JULIANNA FROULA 1940 MARGARET COURT AURORA, IL  60505-1061 | payment of debtor's exemptions per court order dated 11/07/13. | 8100-002 | | 2,961.00 | 11,998.72 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.34 | 11,984.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 14,959.72 | 2,975.34 | 11,984.38 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 14,959.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,975.34 | |
| | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 2,961.00 | |
| | | | Net | | 0.00 | 14.34 | |

Page Subtotals        14,959.72      2,975.34

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-29509 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FROULA, JANET JULIANNA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0457  Checking Account |
| Taxpayer ID No: | *******7006 | | |
| For Period Ending: | 04/24/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/13 | 1 | Donald Froula | | 1110-000 | 15,000.00 | | 15,000.00 |
| | | | Memo Amount:  2,961.00 | 8100-000 | | | |
| | | | payment of exemptions per ct order | | | | |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 14,990.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 15.92 | 14,974.08 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 14.36 | 14,959.72 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 14,959.72 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 2,961.00 | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 14,959.72 | |
| | | Subtotal | 15,000.00 | 40.28 | |
| Memo Allocation Net: | 2,961.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,000.00 | 40.28 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,961.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********2048 | 0.00 | 14.34 | 11,984.38 |
| | | Checking Account - ********0457 | 15,000.00 | 40.28 | 0.00 |
| Total Memo Allocation Net: | 2,961.00 | | ---------------- | ---------------- | ---------------- |
| | | | 15,000.00 | 54.62 | 11,984.38 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         15,000.00         15,000.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 29, 2014 |

Case Number: 13-29509  
Debtor Name: FROULA, JANET JULIANNA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $914.50 | $0.00 | $914.50 |
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $1,953.90 | $0.00 | $1,953.90 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $90.88 | $0.00 | $90.88 |
| 999<br>8100-00 | JANET JULIANNA FROULA<br>1940 MARGARET COURT<br>AURORA, IL 60505-1061 | Unsecured | | $2,961.00 | $2,961.00 | $0.00 |
| 000001<br>080<br>7200-00 | Tameling & Associates PC<br>1010 Jorie Blvd, Suite 337<br>Oak Brook, IL 60523 | Unsecured | | $28,424.80 | $0.00 | $28,424.80 |
| | Case Totals: | | | $34,345.08 | $2,961.00 | $31,384.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-29509
Case Name: FROULA, JANET JULIANNA
Trustee Name: JOSEPH R. VOILAND

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tameling & Associates PC | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance                                             $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE