UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FROULA, JANET JULIANNA § Case No. 13-29509
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/11/2014 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd. St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/29/2014            By: Kenneth S. Gardner
                                       Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
FROULA, JANET JULIANNA § Case No. 13-29509
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 3,015.62 |
| leaving a balance on hand of[1] | $ | 11,984.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,953.90 | $ 0.00 | $ 1,953.90 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 90.88 | $ 0.00 | $ 90.88 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 914.50 | $ 0.00 | $ 914.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,959.28 |
| Remaining Balance | $ 9,025.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 28,424.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 31.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tameling & Associates PC | $ 28,424.80 | $ 0.00 | $ 9,025.10 |
| | Total to be paid to tardy general unsecured creditors | | | $ 9,025.10 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

NONE

Prepared By: /s/Joseph R. Voiland
                           Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-29509-DRC
Janet Julianna Froula                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal       Page 1 of 1        Date Rcvd: Jun 02, 2014
                         Form ID: pdf006      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2014.
```
db            Janet Julianna Froula,   1940 Margaret Court,    Aurora, IL  60505-1061
20767368     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
20767370      Delnor Community Hospital,   c/o State Collection Service,    P.O. Box 1022,
               Wixom, MI 48393-1022
20767371      Donald R. Froula,   262 Pleasant Plains Drive,   Saint Charles, IL 60175-1090
20767376     +Motorola Employee Credit Union,   1205 E. Algonquin Rd.,    Schaumburg, IL 60196-1065
20767377     +State of Illinois,   Illinois Department of Revenue,   P.O. Box 19305,
               Springfield, IL 62794-9305
20767378     +Tameling & Associates PC,   1010 Jorie Blvd, Suite 337,   Oak Brook, IL 60523-3056
20767379     +Wells Fargo Home Mortgage,   3601 Minnesota Dr. Suite 200,   Minneapolis, MN 55435-5281
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20767373      E-mail/Text: cio.bncmail@irs.gov Jun 03 2014 02:47:26     Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20767369*    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
20767372*     Donald R. Froula,   262 Pleasant Plains Drive,   Saint Charles, IL 60175-1090
20767374*     Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
               Philadelphia, PA 19101-7346
20767375*     Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2014 at the address(es) listed below:
```
              Joseph Voiland     jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Debtor Janet Julianna Froula rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
                                                                                             TOTAL: 4
```