UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FROULA, JANET JULIANNA § Case No. 13-29509
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JANET JULIANNA FROULA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Motorola Employee Credit Union 1205 E. Algonquin Rd. Schaumburg, IL 60196 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage<br>3601 Minnesota Dr. Suite 200<br>Minneapolis, MN 55435 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-5153 | | | | | |
| | Delnor Community Hospital c/o State Collection Service P.O. Box 1022 Wixom, MI 48393-1022 | | | | | |
| | Tameling & Associates PC 1010 Jorie Blvd, Suite 337 Oak Brook, IL 60523 | | | | | |
| 000001 | TAMELING & ASSOCIATES PC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 13-29509 Doc 35 Filed 09/23/14 Entered 09/23/14 15:42:55 Desc Main
Document Page 7 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-29509 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | FROULA, JANET JULIANNA | Date Filed (f) or Converted (c): | 07/24/13 (f) |
| | | 341(a) Meeting Date: | 08/19/13 |
| For Period Ending: | 04/24/14 | Claims Bar Date: | 03/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 262 Pleasant Plains Drive | 285,000.00 | 24,387.68 | | 15,000.00 | FA |
| 2. checking account - Chase Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. savings acct. - Motorola Credit Union | 35.00 | 0.00 | | 0.00 | FA |
| 4. checking account - BMO Harris | 4.00 | 0.00 | | 0.00 | FA |
| 5. checking acct. - Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Edward Jones | 132,618.95 | 0.00 | | 0.00 | FA |
| 9. marital home proceeds | 21,088.97 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $441,846.92 | $24,387.68 | | $15,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14     Current Projected Date of Final Report (TFR): 06/15/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-29509 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FROULA, JANET JULIANNA | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2048  Checking Account |
| Taxpayer ID No: | *******7006 | | | |
| For Period Ending: | 08/24/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,959.72 | | 14,959.72 |
| 03/16/14 | 003001 | JANET JULIANNA FROULA<br>1940 MARGARET COURT<br>AURORA, IL 60505-1061 | payment of debtor's exemptions per court order dated 11/07/13. | 8100-002 | | 2,961.00 | 11,998.72 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.34 | 11,984.38 |
| 07/11/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,953.90 | 10,030.48 |
| 07/11/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 90.88 | 9,939.60 |
| 07/11/14 | 003004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 3120-000 | | 914.50 | 9,025.10 |
| 07/11/14 | 003005 | Tameling & Associates PC<br>1010 Jorie Blvd, Suite 337<br>Oak Brook, IL 60523 | | 7200-000 | | 9,025.10 | 0.00 |

```
                                    COLUMN TOTALS                    14,959.72      14,959.72        0.00
                                    Less:  Bank Transfers/CD's       14,959.72           0.00
                                    Subtotal                              0.00      14,959.72
                                    Less:  Payments to Debtors                          2,961.00
                                    Net                                   0.00      11,998.72
```

Page Subtotals    14,959.72    14,959.72

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-29509 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FROULA, JANET JULIANNA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0457 Checking Account |
| Taxpayer ID No: | *******7006 | | |
| For Period Ending: | 08/24/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/13 | 1 | Donald Froula | | 1110-000 | 15,000.00 | | 15,000.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 14,990.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 15.92 | 14,974.08 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 14.36 | 14,959.72 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 14,959.72 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,959.72 | |
| Subtotal | 15,000.00 | 40.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 40.28 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2048 | 0.00 | 11,998.72 | 0.00 |
| Checking Account - ********0457 | 15,000.00 | 40.28 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.00 | 12,039.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  15,000.00  15,000.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*